JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>E. VALENZUELA, Warden,<br><br>　　　　Defendant. | Case No. CV 12-3277-GAF (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: December 19, 2012

　　　　　　　　　　　　　　　　　　　　　/s/ Gary Feess
　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1